CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

AUG 0 5 2005

JOHN F. CORCORAN, CLERK
BY: /s/ Moody
     DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
AT HARRISONBURG

| | |
|---|---|
| UNITED STATES OF AMERICA | : **INFORMATION** |
| | : |
| v. | : Criminal No. 5:05cr22-01 |
| | : |
| | : In violation of: |
| STEVEN Y. KITE | : 18 U.S.C. §§ 2252A(a)(5)(B) |
| | : 18 U.S.C. § 1461 |

### Count One

The United States Attorney charges:

That on or about May 24, 2004, in the Western Judicial District of Virginia, the defendant, STEVEN Y. KITE, did knowingly possess or attempt to possess material containing images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A) that had been mailed, or shipped or transported in interstate or foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

### Count Two

The United States Attorney charges:

That on or about May 24, 2004, in the Western Judicial District of Virginia, the defendant STEVEN Y. KITE, knowingly caused to be delivered by mail according to the directions thereon, to

Steve K
211 Rockingham Drive
Apt. I
Harrisonburg, VA,
22802

a parcel from Los Angeles, California, containing non-mailable obscene, lewd, lascivious, indecent, filthy and vile matter to wit: a videotape titled "PISSY GIRLS," depicting various images of a prepubescent female engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and depicting images of an adult male and minor male urinating on a prepubescent female, and a prepubescent female urinating on an adult male and minor male.

In violation of Title 18, United States Code, Section 1461.

Date: 8/5/05

John L. Brownlee (USA)
UNITED STATES ATTORNEY